Filing # 139984990 E-Filed 12/08/2021 04:16:16 PM

IN THE CIRCUIT COURT OF THE TWELFTH JUDICIAL CIRCUIT
IN AND FOR MANATEE COUNTY, FLORIDA
CIVIL DIVISION

TERRY RAE and
ROBERT RAE,

                                               CASE NO.:

        Plaintiff(s),

v.

CRACKER BARREL OLD COUNTRY
STORE, INC. a Foreign Profit
Corporation,

        Defendant(s).

_____/

## COMPLAINT

COME NOW, the Plaintiffs, TERRY RAE and ROBERT RAE, by and through their undersigned counsel, and sue Defendant, CRACKER BARREL OLD COUNTRY STORE, INC., (hereinafter referred to as "Defendant" or "CRACKER BARREL") and allege:

## PARTIES, JURISDICTION, AND VENUE

1. This is an action for damages in excess of Thirty Thousand Dollars ($30,000.00).[1]

2. Jurisdiction is properly with this Court pursuant to Florida Statute §48.193(1)(a)(1) and (2).

3. Venue is appropriate in Manatee County, Florida because the injury and the actions giving rise to the causes of action occurred in Manatee County, Florida.

---

[1] The Civil Cover Sheet required to be filed with this Complaint seeks "the estimated amount of the claim, rounded to the nearest dollar." Plaintiff inserted $30,001 in order to comply with jurisdictional minimums, with the understanding that the actual value of this case is more than the jurisdictional minimum and increasing daily, and is therefore, not subject to a precise assessment or estimate as of the date of filing this Complaint.

4.      At all times material hereto, Plaintiff, TERRY RAE, is and was domiciled and a resident of Bradenton, Manatee County, Florida and is otherwise *sui juris*.

5.      At all times material hereto, Plaintiff, ROBERT RAE, is and was domiciled and a resident of Bradenton, Manatee County, Florida and is otherwise *sui juris*.

6.      Defendant, CRACKER BARREL, was authorized and doing substantial business in Bradenton, Manatee County, Florida.

7.      All conditions precedent to the maintenance of this action have occurred, been waived, or have otherwise been satisfied.

## GENERAL ALLEGATIONS

8.      At all times material hereto, CRACKER BARREL owned, operated, and maintained a restaurant located at 636 67th St. Cir. E., Bradenton, Florida 34208 ("Subject Property").

9.      On July 30, 2019, the Plaintiff, TERRY RAE, a business invitee and lawful visitor, went to the CRACKER BARREL restaurant located at the above address to dine.

10.     On the above date, the Plaintiff TERRY RAE, was in the bathroom of the CRACKER BARREL store when she stepped into a puddle filled with wet paper towels, water, and/or other foreign substances, causing her to slip and fall to the ground.

## COUNT I – NEGLIGENCE

Plaintiff TERRY RAE re-alleges and re-incorporates by reference Paragraphs 1-10 above as if fully set forth herein and further alleges:

11.     On the date and at the place aforesaid, the Defendant, CRACKER BARREL, owed to its customers and to the Plaintiff, TERRY RAE, the following duties:

     a.  To maintain its premises in a reasonably safe condition;

"2021CA004970AX" 139984990 Filed at Manatee County Clerk 12/08/2021 04:16:14 PM EST

b. To properly inspect its premises for dangerous conditions, and to maintain its premises with the appropriate personnel, tools, and equipment;

c. To exercise reasonable care in maintaining its premises so that it was free of dangerous conditions;

d. To exercise reasonable care in inspecting, maintaining, or cleaning its premises;

e. To correct any dangerous conditions that were known or that reasonably should have been known; and

f. To warn of and disclose any dangerous conditions on their premises of which Defendant had actual or constructive knowledge.

12.    On the date and at the place aforesaid, the Defendant, CRACKER BARREL, breached the duty owed to the Plaintiff, TERRY RAE, by committing one or more of the following omissions or commissions:

a. Failing to maintain its premises, including the Subject Property, specifically the bathroom floors, in a reasonably safe condition;

b. Failing to properly inspect its premises, including the Subject Property and specifically the bathroom floors, for dangerous conditions, and to repair and maintain its premises, including the Subject Property and bathroom floors, with the appropriate personnel, tools and equipment;

c. Failing to exercise reasonable care in maintaining its premises and the Subject Property, specifically the bathroom floors, so that it was free of dangerous obstructions, defects or other hazards;

d. Failing to exercise reasonable care in inspecting, maintaining, or repairing its premises, including the Subject Property, specifically the bathroom floors;

3

e. Failing to correct any dangerous conditions that were known or that reasonably should have been known; and

f. Failing to warn of and disclose any dangerous conditions.

13. As a direct and proximate cause of the negligence of the Defendant, CRACKER BARREL, as heretofore alleged, the Plaintiff, TERRY RAE, slipped on the substance which appeared to be water, wet paper towels, and/or other foreign substances, which had been permitted to remain on said floor, and when she fell, she sustained injuries and damages as hereinafter alleged.

14. As a direct and proximate result of the negligence of the Defendant, CRACKER BARREL OLD COUNTRY STORES, INC., Plaintiff, TERRY RAE, suffered permanent bodily injury, including aggravation of pre-existing injuries or activation of pre-existing disease, resulting pain and suffering, mental pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment. These losses are either permanent or continuing and Plaintiff will suffer these losses in the future.

**WHEREFORE**, Plaintiff, TERRY RAE, demands judgment against Defendant, CRACKER BARREL OLD COUNTRY STORES, INC., for damages in an amount in excess of $30,000.00, post-judgment interest, attorney's fees where applicable, taxable costs of these proceedings, and further demands a trial by jury on all issues so triable.

## COUNT II – LOSS OF CONSORTIUM

Plaintiff ROBERT RAE re-alleges and re-incorporates by reference Paragraphs 1-14 above as if fully set forth herein and further alleges:

4

"2021CA004970AX" 139984990 Filed at Manatee County Clerk 12/08/2021 04:16:14 PM EST

15.    At all times material hereto, Plaintiff, ROBERT RAE was and is the lawful husband of Plaintiff TERRY RAE.

16.    As a result of the negligence of Defendant, CRACKER BARREL as alleged herein, Plaintiff ROBERT RAE lost and will continue to lose the services, society, support, and companionship of his wife, Plaintiff TERRY RAE.

**WHEREFORE**, Plaintiff, ROBERT RAE, demands judgment against Defendant, CRACKER BARREL OLD COUNTRY STORES, INC., for damages in an amount in excess of $30,000.00, post-judgment interest, attorney's fees where applicable, taxable costs of these proceedings, and further demands a trial by jury on all issues so triable.

Dated: December 8, 2021

/s/ *Marc Matthews*
MARC MATTHEWS
Florida Bar No. 0711098
Marc@mcintyrefirm.com
McIntyre, Thanasides, Bringgold, Elliott,
Grimaldi Guito & Matthews, P.A.
500 East Kennedy Blvd., Suite 200
Tampa, Florida 33602
(813) 530-1000 – telephone
(813) 830-7221 – facsimile
*Attorneys for Plaintiff*

**Service of Court Documents:**
Dteam1@mcintyrefirm.com

5